# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| David Earl Wattleton,<br><br>Plaintiff,<br><br>v.<br><br>John Doe or Jane Doe,<br><br>Defendant. | Civ. No. 18-793 (DWF/BRT)<br><br><br>**ORDER** |

On October 1, 2018, Plaintiff filed a motion for miscellaneous relief, requesting an update on the status of the case, copies of any "response" by the Government, an extension of time in which to reply, and/or expedited disposition of the case. (Doc. No. 27.)

- <u>Status of the Case</u>: Defendant has moved to dismiss (Doc. No. 15.) That motion is fully-briefed, under advisement, and this Court will issue a Report and Recommendation to the district court in due course.

- <u>Response by the Government</u>: Defendant filed its reply brief, along with a certificate of service, on the same day this motion was filed. (Doc. No. 26.) Plaintiff should therefore be receiving that document in the mail.

- <u>Extension of Time to Reply</u>: The Local Rules for this District allow for an opening brief in support of a motion, a response in opposition, and a reply in support. Civil L.R. 7.1(c). Those filings have been received and briefing on the motion is concluded. To the extent Plaintiff is requesting leave to submit further briefing on the motion, he has failed to offer any justification for why this is necessary or justified.

- <u>Expedited Disposition</u>: Plaintiff does not explain why this case should receive expedited disposition, and the Court cannot ascertain any such reason.

Plaintiff's motion (Doc. No. 27) is **DENIED**.

Dated: October 3, 2018.

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge