## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| David Earl Wattleton,<br><br>Plaintiff,<br><br>v.<br><br>John Doe or Jane Doe,<br><br>Defendant. | Civ. No. 18-793 (DWF/BRT)<br><br>**ORDER** |

Now before the Court is Plaintiff's motion for leave to file a sur-reply. (Doc. No. 29.) Sur-replies are not allowed by the local rules governing civil motion practice, but the Court will consider the arguments in Plaintiff's sur-reply when issuing a Report and Recommendation on the pending motion to dismiss. No further briefs will be accepted.

Plaintiff's motion for leave to file a sur-reply (Doc. No. 29) is **GRANTED**.

Dated: October 19, 2018.          *s/ Becky R. Thorson*
                                             BECKY R. THORSON
                                             United States Magistrate Judge